# AFFIDAVIT OF PROCESS SERVER

United States District Court                                District Of Columbia

**Gerard Djate**

   Plaintiff

vs.

**The District of Columbia, et al.**

   Defendant

Attorney:

Gerard Djate, Esq.
2300 M St., NW, Suite 800
Washington, DC. 20037

**RECEIVED**

APR 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Case Number:** 1:07CV00100

**Court Date:**
**Court Time:**

Legal documents received by Same Day Process Service on January 18th, 2007 at 7:00 PM to be served upon **Hawk One Security, Inc. at 1331 H St., NW, Suite 1100, Washington, DC. 20005**

I, Brandon A. Snesko, swear and affirm that on **January 19th, 2007 at 2:47 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Jury Demand; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form** to **Batesia Baynes** as **Executive Officer** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'8   Weight: 180   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000001972

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3-19-07 |
| 1. Article Addressed to:<br><br>TIM DELYONS<br>(Hawk One Security<br>Special Police)<br>301 C Street NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article (Transf...)   7004 1350 0003 2411 6320 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |