# AFFIDAVIT OF PROCESS SERVER

United States District Court | District Of Columbia

**Gerard Djate**

    Plaintiff

vs.

**The District of Columbia, et al.**

    Defendant

**Case Number:** 1:07CV00100

Attorney:

Gerard Djate, Esq.
2300 M St., NW, Suite 800
Washington, DC. 20037

RECEIVED
APR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Court Date:**
**Court Time:**

Legal documents received by Same Day Process Service on January 18th, 2007 at 7:00 PM to be served upon **The District of Columbia, Office of Corporation Counsel or of the Attorney General at 441 4th St., NW, 6th Flr. South, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **January 22nd, 2007 at 2:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Jury Demand; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form**, to Kimberly Johnson as **Chief of Section 1** of the within named agency, to wit: **The District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'4   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000001971

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor of the District of Columbia
Adrian M. Fenty
or
his Designee
1350 Pennsylvania Ave NW
Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2-25-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7001 1940 0005 3347 1302

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540