# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Gerard Djate**

    Plaintiff

vs.

**The District of Columbia, et al.**

    Defendant

Attorney:

Gerard Djate, Esq.
2300 M St., NW, Suite 800
Washington, DC. 20037

RECEIVED
APR 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Case Number:** 1:07CV00100

Court Date:
Court Time:

Legal documents received by Same Day Process Service on January 18th, 2007 at 7:00 PM to be served upon **Hawk One Security, Inc. at 1331 H St., NW, Suite 1100, Washington, DC. 20005**

I, Brandon A. Snesko, swear and affirm that on **January 19th, 2007 at 2:47 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Jury Demand; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form** to **Batesia Baynes as Executive Officer** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'8   Weight: 180   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

*[signature]*
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000001972

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

United States District Court | District Of Columbia

**Gerard Djate**

    Plaintiff

vs.

**The District of Columbia, et al.**

    Defendant

Attorney:

Gerard Djate, Esq.
2300 M St., NW, Suite 800
Washington, DC. 20037

RECEIVED
APR 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case Number: 1:07CV00100

Court Date:
Court Time:

Legal documents received by Same Day Process Service on January 18th, 2007 at 7:00 PM to be served upon **The District of Columbia, Office of Corporation Counsel or of the Attorney General at 441 4th St., NW, 6th Flr. South, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **January 22nd, 2007 at 2:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Jury Demand; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form**, to Kimberly Johnson as Chief of Section 1 of the within named agency, to wit: **The District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'4   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000001971

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.