# AFFIDAVIT OF PROCESS SERVER

United States District Court | District Of Columbia

**Gerard Djate**

    Plaintiff

vs.

**The District of Columbia, et al**

    Defendant

Attorney:

Gerard Djate
2330 Good Hope Rd., SE, #1222
Washington, DC. 20020

**Case Number:** 1:07CV00100

Legal documents received by Same Day Process Service on April 26th, 2007 at 1:00 PM to be served upon **Donte A. Slate a/k/a Donta Slade at 5288 Marlboro Pike, #303, Capitol Heights, MD. 20743**

I, Brandon A. Snesko, swear and affirm that on **April 28th, 2007 at 10:40 AM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Complaint and Jury Demand** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 25   Height: 6'3   Weight: 275   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002832

RECEIVED
MAY - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.