# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Gerard Djate** | Attorney: |
| Plaintiff | Gerard Djate |
| vs. | 2330 Good Hope Rd., SE, #1222 |
| | Washington, DC. 20020 |
| **The District of Columbia, et al** | |
| Defendant | |

**Case Number:** 1:07CV00100

Legal documents received by Same Day Process Service on April 26th, 2007 at 1:00 PM to be served upon **District of Columbia, Office of Corporation Counsel at 441 4th St., NW, 6th Flr., Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **April 26th, 2007 at 4:50 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint and Jury Demand**, to **Darlene Fields** as **Registered Agent for Washington, DC** of the within named agency, to wit: **District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'6   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 000000283

District of Columbia : SS
Subscribed and Sworn to before me
this 27th day of April, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

**RECEIVED**
MAY - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright 2005 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Gerard Djate | Attorney: |
| Plaintiff | Gerard Djate |
| vs. | 2330 Good Hope Rd., SE, #1222 |
| | Washington, DC. 20020 |
| The District of Columbia, et al | |
| Defendant | |

**Case Number:** 1:07CV00100

Legal documents received by Same Day Process Service on April 26th, 2007 at 1:00 PM to be served upon **Mayor of the District of Columbia, Adrian M. Fenty or his designee by serving Tabatha Braxton at 1350 Pennsylvania Ave., NW, Washington, DC. 20004**

I, Brandon A. Snesko, swear and affirm that on **April 26th, 2007 at 4:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint and Jury Demand**, to **Tabatha Braxton** as **Staff Assistant** of the within named agency, to wit: **Mayor of the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'4   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002830

District of Columbia : SS
Subscribed and Sworn to before me
this 27th day of April, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

RECEIVED
MAY - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.