UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF FILING

The Clerk of said Court will please note that on May 14, 2007, a copy of the foregoing Plaintiff's Notice to the Court was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001.

Gerard Djate, *Pro Se*
2330 Good Hope Rd S.E., #1222
Washington, DC 20020
(202) 460-0097/ 678-5941

**RECEIVED**

MAY 1 4 2007

**NANCY MAYER WHITTINGTON, CLERK**
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE** | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF FILING

The Clerk of said Court will please note that on May 14, 2007, a copy of the foregoing Plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's Amended Motion to Dismiss and/or for Summary Judgment was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001.

Gerard Djate, *Pro Se*
2330 Good Hope Rd S.E., #1222
Washington, DC 20020
(202) 460-0097/ 678-5941



RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT