UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE TO THE COURT

The Clerk of said Court will please note that as of today May 14, 2007, Plaintiff Gerard Djate has not been served with a copy of any pleadings of Defendant District of Columbia's ("the District") filed so far in this Court. More specifically, the Court will please note that:

1. the District has not served Plaintiff Gerard Djate with its latest and pending pleading "Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment" filed on or about April 17, 2007 contrary to its averment in its notice of filing. No certificate of service exists.

2. the District has not served Plaintiff Gerard Djate with its earliest pleading "Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint". A review of this Court's records reveals the absence of any certificate of service or notice of filing.

3. the mailing address of Plaintiff Gerard Djate has <u>not</u> changed and it remains:

Gerard Djate
2330 Good Hope Road SE, #1222
Washington, DC 20020.

RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: May 14, 2007                                          Respectfully submitted,

                                                             _____
                                                             Gerard Djate, *Pro Se*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May 2007, a copy of the foregoing Plaintiff's Notice to the Court was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001.

                                                             _____
                                                             Gerard Djate, *Pro Se*