RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

NANCY M.
MAYER-WHITTINGTON
CLERK

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GERARD DJATE** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | 1:07CV00100 (EGS) |
| | ) | |
| v. | ) | Judge E.G. Sullivan |
| | ) | |
| **THE DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST AMENDED MOTION
TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gerard Djate ("Plaintiff"), *Pro Se,* hereby respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 6(b) and/or 6.1, to extend or enlarge the time for Plaintiff to respond to Defendant District of Columbia's amended motion to dismiss and/or for summary judgment ("Amended Motion"). As grounds for this motion, Plaintiff avers:

1. This Court's docket entries show that Defendant District of Columbia has filed its Amended Motion together with its Notice of Filing on April 17, 2007. However, contrary to its averments in its notice of filing, to date, the Defendant District of Columbia has failed to serve Plaintiff as represented therein. See Plaintiff's Notice to the Court.

2. Plaintiff's mailing address in this Court's records has *not* changed. Plaintiff does not have any mail delivery problems.

3. Plaintiff became aware of Defendant District of Columbia's pleadings after

RECEIVED
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

receiving a notice from the Clerk's office of this Court. Plaintiff promptly visited that Clerk's office where for the first time he learned among other things that (i) Defendant District of Columbia challenged Plaintiff's service of process, (ii) Defendant District of Columbia had filed an earlier motion to dismiss Plaintiff's complaint. See Plaintiff's Notice to the Court.

4. Thereafter, Plaintiff made at least four telephone calls to the Office of the Attorney General, left about three (3) voicemails (the latest was the one left on Rachel R. Hranitzky, Esquire's voicemail on May 11, 2007).

5. On May 11, 2007, Plaintiff was able to receive a complete printout of Defendant District of Columbia's Amended Motion from the filing room of this Court. The Court's clerks noticed that there was no certificate of service filed for any of the Defendant District of Columbia's pleadings thus far (only the Amended Motion had a notice of filing).

6. Plaintiff respectfully requests an enlargement of time of at least fifteen (15) days out from the day of the grant of the instant motion.

7. On May 11, 2007, Plaintiff sought to discuss the instant motion with opposing counsel by calling her but she was not reachable (a message was left on her voicemail), neither was the next concerned emergency contact person Virginia Brown (Tel: (202) 442-9831) identified in the greetings portion of opposing counsel's voicemail (Tel: (202) 442-9754).

8. Because opposing counsel could not be consulted, Plaintiff cannot indicate whether or not an opposition will be filed.

A memorandum of points and authorities in support of this motion is attached hereto.

Dated:  May 14, 2007

Respectfully submitted,

_____
Gerard Djate, *Pro Se*
2330 Good Hope Rd S.E., #1222
Washington, DC 20020
(202) 460-0097/ 678-5941

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST AMENDED MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff Gerard ("the Plaintiff"), *Pro Se* and in support of its motion avers:

1. Federal Rules of Civil Procedure 6(b);

2. Federal Rules of Civil Procedure 6.1;

3. The inherent powers of the Court;

4. The record herein.

WHEREFORE, all premises considered, Plaintiff respectfully prays that this Honorable Court grant its Motion for Extension of Time to File Opposition to Defendant District of Columbia's Amended Motion to Dismiss and/or for Summary Judgment.

Dated:  May 14, 2007                                Respectfully submitted,

                                                    _____
                                                    Gerard Djate, *Pro Se*
                                                    2330 Good Hope Rd S.E., #1222
                                                    Washington, DC 20020
                                                    (202) 460-0097/ 678-5941

4

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 14th day of May 2007, a copy of the foregoing Plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's Amended Motion to Dismiss and/or for Summary Judgment was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001.

_____
Gerard Djate, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's Amended Motion to Dismiss and/or for Summary Judgment, the supporting memorandum of points and authorities, and the complete record in this case, it is by the Court this ___ day of _____ 2007,

ORDERED that the Plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's Amended Motion to Dismiss and/or for Summary Judgment, be, and hereby is GRANTED for the reasons set forth in his motion, and it is,

FURTHER ORDERED that:

_____
Judge,
United States District Court for the District
Of Columbia