UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GERARD DJATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-100 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's Notice to the Court [Dkt. No. 12] and plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment [Dkt. No. 13], it is by the Court hereby

**ORDERED** that plaintiff's motion for extension of time is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff shall file his response to defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment by no later than **JUNE 6, 2007.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**May 17, 2007**