UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERARD DJATE

    Plaintiff,

vs.

THE DISTRICT OF COLUMBIA

And

HAWK ONE SECURITY, INC.
HAWK ONE SECURITY SPECIAL POLICE, et., al.

    Defendant.

1:07CV00100(EGS)

## ANSWER OF DEFENDANT HAWK ONE SECURITY

**COMES NOW**, Defendant Hawk One Security, by and through its attorney Leonard L. McCants, Esquire, and McCants & Associates, LLC, and in Answer to the Complaint filed herein, states the following:

### FIRST DEFENSE

The complaint fails to state a claim for which relief may be granted and therefore should be dismissed.

### SECOND DEFENSE

Plaintiff has failed to properly serve Defendant Hawk One pursuant to Fed. R. Civ. R. 4, and therefore, dismissal is appropriate.

1

**THIRD DEFENSE**

1. Defendant neither admits nor denies the factual allegations and legal conclusions set forth in paragraph 1 of Plaintiff's complaint and states further that since Plaintiff has designated paragraph 1 as his "Preliminary Statement", said paragraph does not require an answer.

2. Defendant submits that the allegations contained in paragraphs 2-78, and 84-103, of the complaint either do not pertain to this defendant or require no response. Otherwise, Defendant submits to the responses of other defendants to whom these paragraphs are addressed, and furthermore, denies each and every allegation in which Defendant may be implicated.

3. Defendant admits the allegations contained in paragraph 81 that Tim Delyons and Defendant Donte Slade at all relevant times of the alleged incident were employees of Hawk One Security. Defendant is without sufficient information as to the identities of Jane and John Does One through Six and others similarly identified in paragraph 81 so as to form a belief as to the truth of the allegations contained in paragraph 81. Defendant is without sufficient information so as to form a belief as to any other allegations contained in paragraph 81, and therefore denies the same and demands proof thereof.

4. Defendant denies each and every allegation contained in paragraphs 80, 82, 83, and 104 of the complaint, and demands proof thereof.

        Respectfully submitted,

        **McCANTS & ASSOCIATES, LLC**

        /s/ *Leonard L. McCants*

        _____

        Leonard L. McCants, Esquire
        8701 Georgia Avenue
        Suite 801
        Silver Spring, Maryland 20910
        Phone:  301-588-1850
        Fax:   301-495-7706

        Attorney for Defendant Hawk One

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Answer of Defendant Hawk One was mailed, postage prepaid, this 15th day of June, 2007 to Plaintiff Gerard Djate, 2330 Good Hope Road, SE, #1222, Washington, D.C. 20020, and to Rachel R. Hranitzky, Assistant Attorney General, 441 Fourth Street, NW, Sixth Floor North, Washington, D.C. 20001.

        /s/ *Leonard L. McCants*

        _____

        Leonard L. McCants