**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERARD DJATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  1:07CV00100 (EGS) |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO FIRST AMENDED MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Defendant the District of Columbia (the "District"), by and through counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for the District to reply to plaintiff's Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment (the "Opposition"). The additional time is needed because plaintiff's opposition was not timely docketed, and this defendant needs the additional time to review the exhibits relied upon by plaintiff in his opposition.

In support of its motion, the District refers this Court to the attached memorandum of points and authorities.

Respectfully submitted,

LINDA SINGER
Attorney General for District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General, D.C.
441 4th Street, N.W., Sixth Floor North
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
rachel.hranitzky@dc.gov

## LCvr 7(m) CERTIFICATION

I hereby certify that on June 19, 2007, the undersigned contacted plaintiff by telephone regarding the relief herein sought, and consent was denied.

/s/ Rachel R. Hranitzky
Rachel R. Hranitzky
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )    1:07CV00100 (EGS) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
|     Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO FIRST AMENDED MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

In support of its motion, the District of Columbia (the "District") states as follows:

PRELIMINARY STATEMENT

1. On January 16, 2007, plaintiff, Gerard Djate (hereinafter "Plaintiff"), filed his Complaint. *See* Docket Entry 1. In response to the filing of the complaint, the Court issued an Initial Electronic Case Filing Order which ordered that all subsequent filings be made electronically. *See* Initial Electronic Case Filing Order attached hereto as **Exhibit 1**. This order was mandatory for all parties. *Id*.

2. On April 17, 2007, the District of Columbia (the "District") filed its First Amended Motion to Dismiss and/or Motion for Summary Judgment together with a Notice of Service upon Plaintiff. *See* Docket Entry 5. Notwithstanding that Plaintiff, who is an attorney licensed in the District of Columbia, failed to comply with the Initial Electronic Case Filing Order, counsel for the District served him by regular mail. *See* Docket Entry 6.

3. On May 14, 2007, Plaintiff filed his Motion for Extension of Time to File Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment. *See* Docket Entry 13. On May 17, 2007, the Court granted Plaintiff's

1

extension request and ordered Plaintiff to file his opposition on or before June 6, 2007. *See* Docket Entry 14.

4.  On June 6, 2007, Plaintiff filed his Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment (the "Opposition"). However, because Plaintiff still has not complied with the Court's Initial Electronic Case Filing Order, Plaintiff's Opposition was not entered on the Court's docket or received by mail by the District until June 8, 2007.

5.  For the following reasons, the District is seeks an enlargement of time of ten (10) days to file its reply to Plaintiff's Opposition.

## ARGUMENT

**A.  Standard for Enlargement of Time Pursuant to Fed. R. Civ. P. 6(b)(1).**

6.  Fed. R. Civ. P. 6(b)(1) provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order. According to the docket, the District is required to file its reply on or before June 20, 2007. This motion is being filed prior to the prescribed deadline.

**B.  The District has complied with Fed. R. Civ. P. 6(b)(1).**

7.  Because Plaintiff failed to comply with the Initial Electronic Case Filing Order, the District was delayed two (2) days in receiving a copy of Plaintiff's Opposition. Additionally, Plaintiff's Opposition has several exhibits attached thereto which the District needs to review to

determine the responsiveness and appropriateness of such exhibits.  No party will suffer undue prejudice should the requested relief be granted.

WHEREFORE, the defendant District of Columbia respectfully requests that the Court enlarge the time period for which the District of Columbia may reply to Plaintiff's Opposition by ten (10) days.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor North
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
rachel.hranitzky@dc.gov

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERARD DJATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:07CV00100 (EGS) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## **ORDER**

Upon consideration of the defendant the District of Columbia's Motion for Enlargement of Time to File Reply to Plaintiff's Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment, plaintiff's response thereto, if any, and the record herein, it is this \_\_\_\_ day of _____, 2007,

ORDERED:    that defendant's Motion for Enlargement is hereby GRANTED for the reasons set forth in their motion, and it is,

FURTHER ORDERED: that the District of Columbia shall file its reply to Plaintiff's Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment on or before July 2, 2007.

_____
Judge Emmet G. Sullivan
United States District Judge

# EXHIBIT 1

Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is <u>mandatory</u>.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



_____
UNITED STATES DISTRICT JUDGE