UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO FIRST AMENDED MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gerard Djate ("Plaintiff"), *Pro Se,* hereby respectfully files this Opposition to Defendant District of Columbia's Motion for Extension of Time to File Reply to Plaintiff's Opposition to First Amended Motion to Dismiss and/or Motion for Summary Judgment ("Opposition"). In support of his Opposition, Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Dated: June 21, 2007                                                Respectfully submitted,



Gerard Djate, *Pro Se*
2330 Good Hope Rd S.E., #1222
Washington, DC 20020
(202) 460-0097/ 678-5941

RECEIVED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| **THE DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO FIRST AMENDED MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff Gerard ("the Plaintiff"), *Pro Se* and in support of its motion avers as follows:

I. **Preliminary Statement**

1. On June 6, 2007, Plaintiff timely filed his Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment as per this Court's Order. *See* Court Record.

2. On June 6, 2007, Plaintiff effectuated service of his Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment on Defendant District of Columbia through its counsel that was received by its counsel in the morning of June 7, 2007. *See* Exhibit A.

3. In February 2007, upon request by Matt Caspari, then attorney of record for Defendant District of Columbia, Plaintiff produced all of the exhibits attached to his Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or

2

Motion for Summary Judgment to the exceptions of the relevant affidavits of service from the process server, and the published newspaper articles.

4. Plaintiff never failed to comply with any Order of this Court because when filing his Complaint in this Court, Plaintiff disclosed that while he was an attorney, he was not a practitioner before this Court's bar since he is not one of its members. Based on that disclosure, Plaintiff was advised that based on that information, he would be proceeding before this Court as a *Pro Se* litigant just like any other.

5. On June 19, 2007, Counsel for Defendant District of Columbia called Plaintiff only to make a bare request for his consent for an extension of time to file Defendant District of Columbia's Reply to Plaintiff's Opposition without discussing it. When Plaintiff advised that it cannot consent without knowing the reason(s) for the contemplated motion, Defendant District of Columbia said nothing and just ended the conversation.

## ARGUMENT

### A. Standard for Enlargement of Time Pursuant to Fed. R. Civ. P. 6.1. Defendant District of Columbia

5. The controlling Fed R. Civ. P. 6.1. provides that " Every motion for enlargement of time must set forth therein the specific number of additional days requested, the day to which the enlargement is to run, the extent to which the time for the performance of the particular act has been previously enlarged, and the reason or reasons upon which the motion for enlargement is based. Motions for enlargement of time must include a representation that the moving party has discussed the motion with opposing counsel [opposing party] and a statement indicating whether an opposition will be filed or, if

opposing counsel [opposing party] cannot be consulted, an explanation of the efforts that were made to do so."

**B.     Defendant District of Columbia has Failed to Comply with Fed. R. Civ. P.6.1.**

Defendant District of Columbia has simply failed to comply with Fed R. Civ. P. 6.1. because its motion (i) did not set forth therein the specific number of additional days requested, (ii) did not set forth the day to which the enlargement is to run, (iii) did not set forth the extent to which the time for the performance of the particular act has been previously enlarged, (iv) did not set forth valid reason or reasons upon which the motion for enlargement is based, (v) did not discuss the motion with Plaintiff as required, (vi) did not include a representation that it has discussed the motion with Plaintiff, (vii) did not include a statement indicating whether an opposition will be filed.

Indeed, the frivolous reason advanced by Defendant District of Columbia is nothing more than mere window-dressing, and a clever attempt to buy some additional time to file its Reply because as the facts showed Defendant District of Columbia received Plaintiff's Opposition in the morning of June 7, 2007, less than a day after it was filed in the afternoon of June 6, 2007. It is further troubling that Defendant District of Columbia deliberately and intelligently chose not to discuss the reason(s) upon which its motion for enlargement is based when it had the ample opportunity to do so.

This Court should take note that Defendant District of Columbia engaged in almost identical clever tactic when it filed its frivolous first Motion to Dismiss on the date its answer was due to avoid a default judgment against it.

Throughout, Defendant District of Columbia has engaged in conduct reasonably calculated to prejudice Plaintiff by also always failing to serve Plaintiff with pleadings

except in the last instance of its motion for enlargement of time to file its reply to Plaintiff's Opposition.

Finally, any failure to include a statement indicating whether an opposition will be filed to this kind of motion as required by the applicable rule is inherently prejudicial in that this Court may mistakenly assume that none would be filed and thus enter a summary order without the non-moving party being afforded the opportunity to be heard on its merits.

WHEREFORE, all premises considered, Plaintiff respectfully prays that this Honorable Court deny Defendant District of Columbia's Motion for Extension of Time to File Reply to Plaintiff's Opposition to First Amended Motion to Dismiss and/or Motion for Summary Judgment.

Dated:  June 21, 2007

Respectfully submitted,

Gerard Djate, *Pro Se*
2330 Good Hope Rd S.E., #1222
Washington, DC 20020
(202) 460-0097/ 678-5941

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22th day of June 2007, a copy of the foregoing Plaintiff's Opposition to Defendant District of Columbia's Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001.

Gerard Djate, *Pro Se*

# Exhibit A



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **0303 3430 0000 6194 6806**
Status: **Delivered**

Your item was delivered at 11:24 AM on June 7, 2007 in WASHINGTON, DC 20001.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

*Go >*

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    *Go >*

---



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| **THE DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Defendant District of Columbia's Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment, Plaintiff's Opposition thereto, the supporting memorandums of points and authorities, and the complete record in this case, it is by the Court this ___ day of _____ 2007,

ORDERED that the Defendant District of Columbia's Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendant District of Columbia's First Amended Motion to Dismiss and/or Motion for Summary Judgment be, and here is DENIED for the reasons set forth in Plaintiff's Opposition, and it is,

FURTHER ORDERED that:

_____
Judge,
United States District Court for the District
Of Columbia