UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   1:07CV00100 (EGS) |
| THE DISTRICT OF COLUMBIA, *et al*., | ) ) |
|     Defendants. | ) ) |

## DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF FILING

The Clerk of said Court will please note that on June 28, 2007, a copy of Defendant District of Columbia's (the "District") Reply to Plaintiff's Opposition to the District's First Amended Motion to Dismiss and/or Motion for Summary Judgment was served upon the plaintiff, Gerard Djate via first class mail, postage prepaid to the following address: Gerard Djate, 2330 Good Hope Road SE #1222, Washington, D.C. 20020.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES
Chief, General Litigation Sec. IV

/s/ Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor North
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
rachel.hranitzky@dc.gov