UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GERARD DJATE**           )
                           )
    **Plaintiff**       )
                           )
                           ) 1:07CV00100 (EGS)
                           )
v.                         )
                           ) Judge E.G. Sullivan
                           )
**THE DISTRICT OF COLUMBIA,** *et al.*  )
                           )
    **Defendants.**     )

### PLAINTIFF'S NOTICE TO THE COURT

The Court will please note that:

1. On June 15, 2007, Defendant Hawk One Security and Defendant Donte A. Slade finally filed their long overdue Answers to the Complaint with a certificate of service falsely stating that on that same date a copy of their Answers were mailed to the Plaintiff. *See* the record herein.

2. However it was not until June 28, 2007, that Defendant Hawk One Security and Defendant Donte A. Slade mailed their Answers to the Plaintiff. *See* attached Exhibit 1.

3. In their Answers, Defendant Hawk One Security and Defendant Donte A. Slade made <u>admissions</u> to the allegations contained in paragraph 81 of Plaintiff's Complaint. *See* Defendant Donte A. Slade's Answer to Complaint page 4 at paragraph 13; and Answer of Defendant Hawk One Security page 2 at paragraph 3.

Dated: June 30, 2007

Respectfully submitted,

_____
Gerard Djate, *Pro Se*

RECEIVED
JUL - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of July 2007, a copy of the foregoing Plaintiff's Notice to the Court was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001 and to Defendants Hawk One Security and Donte A, Slate, through their attorney of record Leonard L. McCants at 8701 Georgia Avenue, Suite 801, Silver Spring, MD 20910.

Gerard Djate

# Exhibit 1

**McCANTS & ASSOCIATES LLC**
ATTORNEYS AT LAW

8701 GEORGIA AVENUE, SUITE 801
SILVER SPRING, MARYLAND 20910

Mr. Gerard Djate
2330 Good Hope Road, SE, #1222
Washington, D.C.  20020