UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE**<br><br>    Plaintiff<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*<br><br>    Defendants. | )<br>)<br>)<br>) 1:07CV00100 (EGS)<br>)<br>) Judge E.G. Sullivan<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REBUTTAL TO DEFENDANT DISTRICT OF COLUMBIA'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

Plaintiff Gerard Djate ("Plaintiff"), *Pro Se*, hereby respectfully moves this Court for Leave to File a Rebuttal to Defendant District of Columbia's Reply to Plaintiff's Opposition to Motion to Dismiss and/or for Summary Judgment ("Reply"). In support of his Motion, Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Dated: June 30, 2007                    Respectfully submitted,

                                        _____
                                        Gerard Djate, *Pro Se*

**RECEIVED**

JUL - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE REBUTTAL TO DEFENDANT DISTRICT OF COLUMBIA'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

Plaintiff Gerard Djate ("Plaintiff"), *Pro Se,* hereby respectfully moves this Court for Leave to File a Rebuttal to Defendant District of Columbia's Reply to Plaintiff's Opposition to Motion to Dismiss and/or for Summary Judgment ("Reply"). As grounds for this motion, Plaintiff avers:

1. On June 15, 2007, Defendant Hawk One Security and Defendant Donte A. Slade finally filed their long overdue Answers to the Complaint with a certificate of service falsely stating that on that same date a copy of their Answers were mailed to the Plaintiff. *See* the record herein.

2. However it was not until June 28, 2007, that Defendant Hawk One Security and Defendant Donte A. Slade mailed their Answers to the Plaintiff. *See* attached Exhibit 1.

3. In their Answers, Defendant Hawk One Security and Defendant Donte A. Slade made <u>admissions</u> to the allegations contained in paragraph 81 of Plaintiff's

2

Complaint. *See* Defendant Donte A. Slade's Answer to Complaint page 4 at paragraph 13; and Answer of Defendant Hawk One Security page 2 at paragraph 3.

4. Those admissions are clearly in support of Plaintiff's constitutional claims and common law claims against Defendant District of Columbia.

5. Those admissions are clearly in support of a rebuttal argument to the defenses raised and/or contentions or argument made by Defendant District of Columbia in its Reply.

6. The inherent general powers of the Court.

7. The record herein.

WHEREFORE, Plaintiff respectfully prays that this Court grant Plaintiff Leave to File a Rebuttal to Defendant District of Columbia' Reply.

Dated:   June 30, 2007                                      Respectfully submitted,

                                                            _____
                                                            Gerard Djate, *Pro Se*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July 2007, a copy of the foregoing Plaintiff's Motion for Leave to File a Rebuttal to Defendant District of Columbia's Reply to Plaintiff's Opposition to Defendant District of Columbia Motion to Dismiss and/or for Summary Judgment was mailed, postage prepaid, to Defendant District of Columbia, through its attorney of record Rachel R. Hranitzky, Esquire to the following address: Rachel R. Hranitzky, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001 and to Defendants Hawk One Security and Donte A, Slate, through their attorney of record Leonard L. McCants at 8701 Georgia Avenue, Suite 801, Silver Spring, MD 20910.

                                                            _____
                                                            Gerard Djate

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE**<br><br>    **Plaintiff**<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>) 1:07CV00100 (EGS)<br>)<br>) Judge E.G. Sullivan<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff's Motion for Leave of Court to File a Rebuttal to Defendant District of Columbia's Reply to Plaintiff's Opposition to Defendant District of Columbia Motion to Dismiss and/or for Summary Judgment, the accompanying Memorandum of Points and Authorities, in support thereof, and the Defendant District of Columbia's Opposition thereto, if any, it is by this Court this _____ day of _____2007

ORDERED: that Plaintiff's Motion for Leave of Court to File a Rebuttal is GRANTED for the reasons set in his motion.

_____
Judge
United States District Court for the District of Columbia

# Exhibit 1

McCANTS & ASSOCIATES LLC
ATTORNEYS AT LAW

8701 GEORGIA AVENUE, SUITE 801
SILVER SPRING, MARYLAND 20910

Mr. Gerard Djate
2330 Good Hope Road, SE, #1222
Washington, D.C. 20020