UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) 1:07CV00100 (EGS) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of said Court will please withdraw the appearance of Rachel R. Hranitzky[1] as attorney of record in the referenced case, as counsel on behalf of the defendant District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General
441 4TH Street, NW, 6th Floor
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
(202) 727-3625 (fax)
rachel.hranitzky@dc.gov

---

[1] Effective September 27, 2007, Ms. Hranitzky will no longer be employed at the Office of the Attorney General, having accepted other employment, and can no longer represent the District's interests.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2007, I caused a copy of the foregoing **Notice of Withdrawal of Appearance** to be served via first class mail, postage prepaid to plaintiff at the addresses listed below:

Gerard Djate, Esq.
2330 Good Hope Road SE #1222
Washington, D.C. 20020.

/s/ Rachel R. Hranitzky
RACHEL R. HRANITZKY
Assistant Attorney General