UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GERARD DJATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:07CV00100 (EGS) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of SALLY L. SWANN, Assistant Attorney General for the District of Columbia, as counsel for defendant, the District of Columbia.

    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

   /s/ Sally L. Swann
SALLY L. SWANN
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724.6519; 727-6295
sally.swann@dc.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of September, 2007, I caused a copy of the foregoing Notice of Appearance to be served via first class mail, postage prepaid to plaintiff, Gerard Djate, Esq., 2330 Good Hope Road SE #1222, Washington, D.C. 20020.

<u>/s/ Sally L. Swann</u>
SALLY L. SWANN
Assistant Attorney General