UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERARD DJATE,                    :
                                 :
        Plaintiff,                :
                                 :
v.                               :   Civil Action No. #1:07-cv-00100 (EGS)
                                 :
DISTRICT OF COLUMBIA, *et. al.,* :
                                 :
        Defendants.               :

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim, Assistant Attorney General, on behalf of the Defendant District of Columbia, and **withdraw** the appearance of Sally Swann, Assistant Attorney General.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
SALLY SWANN[1]
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202/724-6519; 202/724-6649;202/727-6295
E-mail: Sally.Swann@dc.gov; Michael.bruckheim@dc.gov;

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.