THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GERARD DJATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 07-00100 (EGS) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please **enter** the appearance of Assistant Attorney General Zuberi Bakari Williams as attorney for the District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Section Chief
General Litigation Section IV

   /s/ Zuberi Williams
ZUBERI BAKARI WILLIAMS[1]
Assistant Attorney General
441 4th Street, NW, 6th Floor-North
Washington, D.C. 20001
(202)724-6650; (202)727-6295
E-mail: Zuberi.Williams@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 11th day of February, 2008, that a copy of the foregoing NOTICE OF APPEARANCE was delivered via the U.S. District Court's electronic notification system to:

>Gerard Djate
>2330 Good Hope Road, SE
>Apartment 1222
>Washington, DC 20020
>(202) 460-0097
>
>*Plaintiff*
>
>Leonard Lewis McCants, Esq.
>MCCANTS & ASSOCIATES, LLC
>8701 Georgia Avenue
>Silver Spring, MD 20910
>(301) 588-1850
>Fax: 301-495-7706
>Email: mccantslaw@aol.com
>
>*Attorney for Defendant Hawk One Security, Inc.*

>　　　　　　　　　　　　　　　　　　/s/ Zuberi B. Williams
>　　　　　　　　　　　　　　　　　　Zuberi Bakari Williams
>　　　　　　　　　　　　　　　　　　Assistant Attorney General