UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gerard Djate,

    Plaintiff

v.                                                                              Civil Action No. 07-0100 (EGS)

District of Columbia *et al.*,

    Defendants

### NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_____
Signature *of* pro se *party*

Gerard Djate
Name *of* pro se *party (printed)*

2330 Good Hope Rd SE, #1222
Address

Washington, DC 20020
City            State            Zip

(202) 460-0077
Telephone

Dated: 02/16/08

**RECEIVED**

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT