UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No. 07-0100 (EGS) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| Defendants | ) |

### NOTICE OF APPEARANCE PURSUANT TO LOCAL CIVIL RULE 83.11

Pursuant to an order of appointment of counsel for the limited purpose of mediation filed by the Honorable Emmet G. Sullivan, Judge of the District Court, on February 11, 2008 (Document 30), the undersigned counsel hereby enters his appearance on behalf of the plaintiff in this matter for the limited purpose of mediation.

Respectfully submitted,

_____/s/_____
John Christopher Belcher
*Attorney for the Plaintiff*
D.C. Bar No. 451863
6188 Oxon Hill Road, Suite 811
Oxon Hill, MD 20745
Tel. No. 301-749-7306
Fax No. 301-749-1632