UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GERARD DJATE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. #1:07-cv-00100 (EGS) |
| | : | |
| DISTRICT OF COLUMBIA, *et. al.,* | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of said Court will please **withdraw** the appearance of Michael P. Bruckheim on behalf of the Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295