UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE** <br><br> **Plaintiff** <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.* <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) **1:07CV00100 (EGS)** <br> ) <br> ) **Judge E.G. Sullivan** <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Plaintiff Gerard Djate ("Plaintiff"), *Pro Se,* hereby respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 6(b) and/or 6.1, to extend or enlarge the time for Plaintiff to respond to Defendant District of Columbia's new motion to dismiss and/or for summary judgment ("Motion"). The additional time is needed because Defendant District of Columbia's Motion, though filed on June 16, 2008, was not served on Plaintiff until June 25, 2008. Although Defendant District of Columbia's Motion appears to be a mere repeat of its previous Amended Motion that was denied, Plaintiff nevertheless needs the additional time (i) to review the new Motion, and (ii) to respond with new affidavits and/or other evidentiary documents.

In support of his Motion, Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Dated: June 30, 2008

Respectfully Submitted,

/s/ Gerard Djate
Gerard Djate, *Pro Se*
2330 Good Hope Rd SE, #1222
Washington, DC 20020
(202) 460-0097/678-5941

RECEIVED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## LCvr 7(m) CERTIFICATION

I Hereby certify that on or about June 25, 2008, the undersigned contacted Defendant District of Columbia regarding the relief herein sought, and that consent was granted. I further certify that on or about June 27, 2008, the undersigned contacted counsel for Defendants Hawk One Security Special Police, Hawk One Security, Inc., and Donte A. Slate regarding the relief herein sought, but that consent was not granted, nor denied.

Gerard Djate, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERARD DJATE** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| **THE DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
|     **Defendants.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff Gerard Djate ("the Plaintiff"), *Pro Se,* and in support of his Motion avers as follows:

PRELIMINARY STATEMENT

1. This Court's docket entries show that Defendant District of Columbia has renewed and filed its Motion on June 16, 2008. However, contrary to its averments in its Motion, the Defendant District of Columbia did not serve Plaintiff as represented therein until June 25, 2008. See Exhibit 1.

2. This Court should take judicial notice that this is not the first time Defendant District of Columbia has so acted in this case.

3. On June 2, 2008, Defendant District of Columbia advised this Court that it intended to renew its Motion to Dismiss and/or for summary judgment. This Court ordered such Motion to be filed by June 16, 2008 with Plaintiff's response due by June 30, 2008. Around June 24, 2008, because Plaintiff still had not received the Defendant District of Columbia's Motion, Plaintiff had to actually go to the clerk's office of this Court for ascertainment, and then receive a copy of Defendant District of Columbia's Motion therefrom.

4. On or about June 25, 2008, Plaintiff discussed the troubling service issue with Zubery Bakari Williams, Esquire, counsel for the Defendant District of Columbia and was able to secure Defendant District of Columbia's consent to the filing of this motion in the likely event Plaintiff needed more time to oppose Defendant District of Columbia's renewed Motion.

5. On or about June 27, 2008, Plaintiff also sought to discuss the instant motion with opposing counsel Leonard Lewis McCants, Esquire, counsel for the other defendants Hawk One Security Special Police, Hawk One Security, Inc., and Donte A. Slate and obtain his consent by sending an email correspondence at his listed email address of record, mccantslaw@aol.com. However, to date, opposing counsel Leonard Lewis McCants, Esquire, has not responded to Plaintiff's request and therefore Plaintiff cannot indicate whether or not an opposition will be filed.

6. Plaintiff needs additional time to secure necessary evidentiary documents in his opposition to the Defendant District of Columbia's renewed Motion.

7. For the aforementioned reasons, Plaintiff respectfully requests an enlargement of time of at least fifteen (15) days out from the day of the grant of the instant motion to file an opposition to Defendant District of Columbia's Motion.

## ARGUMENT

### A. Standard for Enlargement of Time Pursuant to Fed. R. Civ. P. 6(b)(1)

8. Fed. R. Civ. P. 6(b)(1) provides in pertinent parts that:

> "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice or order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.."

As previously stated and according to the docket, Plaintiff is required to file an opposition by June 30, 2008. Therefore, this Motion is being filed prior to the

4

prescribed deadline.

### B. <u>Plaintiff has complied with Fed. R. Civ. P. 6(b)(1)</u>

9. Because Defendant District of Columbia again failed to comply with this Court's rules, Plaintiff suffered an unfair and substantial delay in receiving Defendant District of Columbia's Motion. Additionally, Plaintiff believes he needs at least two other witnesses affidavits and other evidentiary documents to attach to his opposition Defendant District of Columbia's Motion.

10. There is no indication that any party will suffer undue prejudice should the requested relief be granted.

WHEREFORE, all premises considered, Plaintiff respectfully prays that this Honorable Court grant his Motion for Extension of Time to File Opposition to Defendant District of Columbia's Motion to Dismiss and/or for Summary Judgment.

Dated: June 30, 2008

Respectfully Submitted,

Gerard Djate, *Pro Se*
2330 Good Hope Rd SE, #1222
Washington, DC 20020
(202) 460-0097/678-5941

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June 2008, a copy of the foregoing Plaintiff's Motion for Extension of Time to File Opposition to Defendant District of Columbia's Motion to Dismiss and/or for Summary Judgment was mailed, postage prepaid, (i) to Defendant District of Columbia, through its attorney of record Zuberi Bakari Williams, Esquire to the following address: Zuberi Bakari Williams, Esq., Assistant Attorney General for the District of Columbia, 441 Fourth Street, N.W., Sixth Floor North, Washington, DC 20001, (ii) and to Defendants Hawk One Security Special Police, Hawk One Security, Inc., Donte A. Slate, through their attorney Leonard Lewis McCants, Esquire, 8701 Georgia Avenue, Silver Spring, MD 20910.

Gerard Djate, *Pro Se*

# Exhibit 1

OFFICIAL BUSINESS
PENALTY FOR MISUSE

THE DISTRICT OF COLUMBIA
THE ATTORNEY GENERAL
DISTRICT OF COLUMBIA

Zuberi Williams, Esq.

Gerard Djate, Esq.
2330 Good Hope Rd., SE
#1222
Washington, DC 20028



UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004232913
$ 01.85⁰
JUN 25 2008
MAILED FROM ZIPCODE 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARD DJATE | ) |
| | ) |
| Plaintiff | ) |
| | ) 1:07CV00100 (EGS) |
| | ) |
| v. | ) Judge E.G. Sullivan |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Plaintiffs Motion for Extension of Time to File Opposition to Defendant District of Columbia's Motion to Dismiss and/or for Summary Judgment, the supporting memorandum of points and authorities, responses/oppositions thereto, if any, and the complete record in this case, it is by the Court this ___ day of _____ 2008,

ORDERED that the Plaintiffs Motion for Extension of Time to File Opposition to Defendant District of Columbia's Motion to Dismiss and/or for Summary Judgment, be, and hereby is GRANTED for the reasons set forth in his motion, and it is,

FURTHER ORDERED that:

_____
Judge Emmet G. Sullivan,
United States District Court for the District
Of Columbia

6